# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Airtel Wireless, LLC,　　　　　　　　　　　　　　　　Civil No. 04-3128 (DWF/JJG)

      Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　　**ORDER ON REPORT
　　　　　　　　　　　　　　　　　　　　　　　　　AND RECOMMENDATION**

Montana Electronics Company, Inc.,
Dale Hickman, and Angie Hickman,

      Defendants.

---

Bruce J. Douglas, Esq., Larkin Hoffman Daly & Lindgren Ltd; and Chris M. Heffelbower, Esq., counsel for Plaintiff.

Jennifer K. Eggers, Esq., Leonard, O'Brien, Spencer, Gale & Sayre, Ltd, counsel for Defendants.

---

      The above-entitled matter came before the Court upon the Report and Recommendation of United States Magistrate Judge Jeanne J. Graham.  No objections have been filed to that Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

      **IT IS HEREBY ORDERED** that:

      1.      The stay is **LIFTED**; and

    2.    All of the claims in this matter are **DISMISSED.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated: April 22, 2008        s/Donovan W. Frank
                                      DONOVAN W. FRANK
                                      Judge of United States District Court